IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JELANI T. COOPER,** | : | Civil No. 1:19-CV-2230 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | **(Magistrate Judge Carlson)** |
| **PENNSYLVANIA HUMAN** | : | |
| **RELATIONS COMMISSION** | : | |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 5th day of January 2022, for the reasons outlined in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED THAT the defendants' motion for summary judgment (Doc. 28) is GRANTED IN PART AND DENIED IN PART. IT IS ORDERED THAT the motion for summary judgment is GRANTED with respect to the plaintiff's hostile work environment claim under Title VII of the Civil Rights Act of 1964 and GRANTED with respect to the plaintiff's claim under Pennsylvania's Whistleblower Law, 43 P.S. §§ 1421-28. IT IS FURTHER ORDERED THAT the motion is DENIED with respect to the plaintiff's retaliation claim under Title VII of the Civil Rights Act of 1964.

IT IS FURTHER ORDERED that the parties shall consult, confer and file a status report with the court on or before **February 7, 2022.** This report shall notify

the court if the parties are mutually interested in pursuing a settlement conference. If both parties express an interest in settlement discussions, we will stay further pretrial deadlines in order to allow the parties to conduct a settlement conference.

If the parties do not jointly believe that a settlement conference would be useful then this February 7, 2022 status report should set forth the parties' joint recommendations for the scheduling of a trial in this case.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge
