AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| Jelani T. Cooper ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:19-cv-02230-MCC |
| Pennsylvania Human Relations Commission ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   IT IS ORDERED that judgment is entered in favor of defendant the Pennyslvania Human Relations Commission.

This action was *(check one)*:

☑ tried by a jury with Judge Martin C. Carlson presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Martin C. Carlson, U.S. Magistrate Judge on a motion

Date: 9/14/2022

Peter J. Welsh,
*CLERK OF COURT*

s/ ***Kevin J. Neary***, Deputy Clerk

*Signature of Clerk or Deputy Clerk*